DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHASE MICHAEL STRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-325
_____

December 20, 2023

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.